IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONNIE STAPLETON, *on behalf of herself and all others similarly situated*, | ) ) ) | CASE NO: 5:17-cv-02207 |
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| SKYLINE TERRACE APARTMENTS, et al., | ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

Plaintiff's motions to dismiss all claims against Defendants Abell Pest Control, Inc. (Doc. 53), Bio-Serv Corporation dba Rose Pest Solutions (Doc. 54), 2010 Canton Somerset, L.P., Skyline Terrace Apartments, and Eureka Multifamily Group, L.P. (Doc. 55) with prejudice are GRANTED.  The Court shall retain jurisdiction for the limited purpose of enforcing the parties' settlement agreement(s).

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: April 5, 2018

Kathleen B. Burke
United States Magistrate Judge

1